UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

**REGINA MAE TRUMBLE,**

              **Plaintiff,**          Civil No. 4:24-cv-00094-JTJ

-v-

                                                        ORDER

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

---

      Before the Court is the Unopposed Motion of Plaintiff, Regina Mae Trumble, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

      IT IS HEREBY ORDERED that **attorney fees** in the total amount of Seven Thousand Six Hundred Forty-One Dollars and Eighty-Nine Cents ($7,641.89) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

      If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

      DATED this 13th day of June 2025.

                                                    _____
                                                    John Johnston
                                                    United States Magistrate Judge